*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AVA LYNNETTE MCDONALD, | ) | No. C 08-5488 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DIRECTOR, CALIFORNIA | ) | |
| DEPARTMENT OF CORRECTIONS | ) | |
| AND REHABILITATION, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The court has dismissed the instant petition for a writ of habeas corpus as untimely.
Therefore, judgment is entered in favor of respondent.  Petitioner shall take nothing by way of
his petition.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: ___12/7/09___

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge